AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

##### *****     DISTRICT OF    NEVADA

STEVEN A. PERRY,

       Petitioner,               **JUDGMENT IN A CIVIL CASE**

   V.

                         CASE NUMBER:   **3:08-cv-00532-ECR-VPC**

E. K. McDANIEL, et al.,

       Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY**.
      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

    December 21, 2011                    **LANCE S. WILSON**
                                           Clerk

                                        /s/ D. R. Morgan
                                          Deputy Clerk